# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON JAMES, | : | Civil No. 1:18-CV-01805 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| LAUREL HARRY, *et al.*, | : | |
| Defendants. | : | Magistrate Judge Martin C. Carlson |

## ORDER

**AND NOW**, on this 29th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. United States Magistrate Judge Martin C. Carlson's report and recommendation (Doc. 41) is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's objections (Doc. 43) are **OVERRULED**.

3. Defendants' motion to dismiss (Doc. 35) is **GRANTED**.  Plaintiff's second amended complaint (Doc. 34) is **DISMISSED WITH PREJUDICE**.

4. Plaintiff's motions to strike (Docs. 42, 46) are **DENIED AS MOOT**.

5. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
